```
         UNITED STATES DISTRICT COURT
         EASTERN DISTRICT OF KENTUCKY
                 AT COVINGTON
         CIVIL ACTION NO. 05-54-WOB
```

**DOMINO'S PIZZA, LLC,**                                    PLAINTIFF

V.

**COX INTERIORS, INC., et al.,**
                                                           DEFENDANTS

### MEMORANDUM ORDER

Meredith L. Lawrence and William Kathman have moved to quash subpoenas served upon them by plaintiff Domino's Pizza, LLC. Mr. Lawrence and Mr. Kathman are counsel for the estates of the two men, Daniel Hucker and Robert Orme, who were killed in a tragic tractor trailer accident which occurred on September 24, 2004. Both the Estate of Hucker and the Estate of Orme entered into confidential settlements with the defendants. The remaining issue in this case deals with a subrogation claim by Domino's Pizza against Cox Interiors for workers' compensation benefits. The Estates take the position that no funds are due to Domino's, on the basis that the fees involved exceed the amount of the workers' compensation liens.

The subpoenas issued to the two attorneys seek to determine the actual attorneys' fees and expenses incurred by the Estates, together with the amount of actual attorney time. Both parties expect the case of *AIK Slective Service Self-*

*Insurance Fund v. Minton,* 2004 WL 595012, currently on discretionary review to the Kentucky Supreme Court, to clarify the issue presented in this litigation.  Anticipating that *Minton* will be decided in its favor, Domino's argues that it needs the attorney fee information prior to the upcoming discovery deadline of April 15, 2006.[1]

In light of the potential impact of *Minton*, and considering that oral arguments were recently held in that case, **IT IS ORDERED:**

1. The two motions to quash [DE## 26, 29] are **granted**, without prejudice to Domino's to reissue the subpoenas outside of the current discovery deadline, following issuance of the Kentucky Supreme Court's decision in *Minton*;

2. In view of the suggestion of defendants Cox that the parties may be able to resolve their differences through a court-facilitated settlement conference, the parties shall confer and shall notify the court of no fewer than two mutually agreeable dates for such a conference within ten (10) days of this order.

This the 27th day of March, 2006.

---

[1] Dominos alternatively argues that the nature of the settlements here distinguish them from *Bush* and *Minton*.

2



Signed By:
**J. Gregory Wehrman**
United States Magistrate Judge